IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VINCENT R. D'ANTONI,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-2922

NANCY N. D'ANTONI N/K/A
NANCY A. NOONEY, FORMER
WIFE,

Appellee.

_____/

Opinion filed February 3, 2016.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Gerald S. Bettman, Jacksonville, for Appellant.

Robert W. Elrod of Elrod & Elrod, Jacksonville, for Appellee.


PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.